UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 18-cr-00354** |
| **VERSUS** | : | **UNASSIGNED DISTRICT JUDGE** |
| **ERNESTO GARCIA-FLORES** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [doc. #31], and in the transcript previously filed herein, [doc. #24] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [doc. #25], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **ERNESTO GARCIA-FLORES** on February 26, 2019 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

**SIGNED** this 28th day of February, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE